Young v. Medtronic, Inc. | 06-5044 | Doc. 5
Case 5:06-cv-05044-JLH   Document 5   Filed 06/05/2007   Page 1 of 7
Case 0:06-cv-01536-JMR-AJB   Document 6   Filed 05/29/2007   Page 1 of 6

A CERTIFIED TRUE COPY

MAY 25 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

RECEIVED BY MAIL
MAY 29 2007
CLERK US DIST COURT
MINNEAPOLIS MN

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAY - 9 2007
FILED
CLERK'S OFFICE

**DOCKET NO. 1726**

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION*

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

*(SEE ATTACHED SCHEDULES)*

JUN 0 5 2007
CHRIS R. JOHNSON, CLERK
BY _____ DEPUTY CLERK

*SEPARATION OF CLAIMS AND CONDITIONAL REMAND ORDER*

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached Schedule A have been completed and that remand to the respective transferor courts, as provided in 28 U.S.C. § 1407(a), is appropriate. The transferee court has further advised the Panel that coordinated or consolidated pretrial proceedings regarding certain identified plaintiffs and certain claims in the actions listed on the attached Schedules B and C have been completed and that remand of those claims to their respective transferor courts, as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the three actions listed on the attached Schedule A be remanded to their respective transferor courts in their entirety.

IT IS ALSO ORDERED that the claims of the identified plaintiffs in the actions listed on the attached Schedule B, and the specific claims identified in the actions listed on the attached Schedule C, be separated and remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 15 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the District of Minnesota.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 25 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true printed copy in __6__ sheet(s) of the electronic record filed on _____, in the United States District Court for the District of Minnesota.
CERTIFIED, _____, 20__.
RICHARD D. SLETTEN
BY: _____
Deputy Clerk

SCANNED
MAY 29 2007
U.S. DISTRICT COURT MPLS

06-5044

- 2 -

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), and coinciding with the effective date of this order, the parties shall furnish the Clerk for the District of Minnesota with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

For the Panel:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE A
## CONDITIONAL REMAND ORDER
### DOCKET NO. 1726
### IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A. NO. | DIST. | DIV. | C.A. NO. | CASE CAPTION |
| MN | 0 | 06-4742 | FLM | 5 | 06-98 | *Rosemarie Clive v. Medtronic, Inc.* |
| MN | 0 | 07-1117 | KYW | 3 | 06-152 | *Connie Farmer, et al. v. Medtronic, Inc.* |
| MN | 0 | 06-4259 | TNM | 2 | 06-19 | *Joey Phillips, etc. v. Medtronic, Inc.* |

## SCHEDULE B
## CONDITIONAL REMAND ORDER
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| -- TRANSFEREE -- | | | -- TRANSFEROR -- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A. NO. | DIST. | DIV. | C.A. NO. | CASE CAPTION |
| MN | 0 | 06-179 | FLS | 9 | 05-80853 | *Don De Young, et al. v. Medtronic, Inc., et al.* (as to plaintiff Rodney Tutt) |
| ~~MN~~ | ~~0~~ | ~~06-2892~~ | ~~KYW~~ | ~~1~~ | ~~06-20~~ | ~~*Robert Morgan, et al. v. Medtronic, Inc.*~~ (CRO Vacated 5/25/07) ~~(as to plaintiff Bobby Joe Sullivan)~~ |
| MN | 0 | 05-2851 | SC | 3 | 05-2020 | *Kenneth A. Willis, Sr., et al. v. Medtronic, Inc.* (as to plaintiff Marilyn Kuchta) |
| ~~MN~~ | ~~0~~ | ~~06-1541~~ | ~~TNM~~ | ~~3~~ | ~~06-112~~ | ~~*Robert Morelli, et al. v. Medtronic, Inc.*~~ (CRO Vacated 5/25/07) ~~(as to plaintiffs James Edward Reavis and Danny Lee Stephens)~~ |
| MN | 0 | 06-4858 | TXE | 5 | 06-214 | *Jose Castaneda, et al. v. Medtronic, Inc.* (as to plaintiffs Jose Castaneda, Alfredo Maldonado and Guillermina Ortiz) |

# SCHEDULE C
# CONDITIONAL REMAND ORDER
## DOCKET NO. 1726
## IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

| — TRANSFEREE — | | | — TRANSFEROR — | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A. NO. | DIST. | DIV. | C.A. NO. | CASE CAPTION |
| MN | 0 | 06-1536 | ARW | 5 | 06-5044 | *Robin Young, etc. v. Medtronic, Inc.* (as to all claims related to the Gem DR Model 7271, Serial No. PIM401735R) |
| MN | 0 | 06-3308 | FLS | 1 | 06-21490 | *April R. Cox v. Medtronic, Inc., et al.* (as to all claims related to the Gem Model 7227 Cx, Serial No. PIP105679H) |
| MN | 0 | 06-181 | MSN | 2 | 05-200 | *Lowell Rogers v. Medtronic, Inc., et al.* (as to all claims related to the Gem II DR Model 7273, Serial No. PJK302376H) |
| MN | 0 | 06-3171 | TXN | 4 | 06-411 | *Robert Kenworthy v. Medtronic, Inc.* (as to all claims related to the InSync II Marquis Model 7289AA, Serial No. PRJ615300S) |
| MN | 0 | 06-3938 | UT | 2 | 06-646 | *Barney S. Carlson v. Medtronic, Inc.* (as to all claims related to the Gem II Model 7273, Serial No. PJK304297H) |

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

May 25, 2007

RECEIVED BY MAIL
MAY 29 2007
CLERK US DIST COURT
MINNEAPOLIS MN

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: MDL-1726 -- In re Medtronic, Inc., Implantable Defibrillators Products Liability Litigation

(See Attached CRO and Schedules A-C)

Dear Mr. Sletten:

I am enclosing a certified copy and one additional copy of a conditional remand order filed by the Panel in the above-captioned matter on May 9, 2007. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

Please note that transmittal of the order was stayed 15 days to give any party an opportunity to oppose the remand. The 15-day period has now elapsed, no opposition has been received, and the order is directed to you for filing.

Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Mecca S. Thompson
Deputy Clerk

Enclosures

cc: Transferee Judge: Judge James M. Rosenbaum
    Transferor Clerks: See Attached List of Clerks

JPML Form 41

**Other Documents**                              06-5044

0:06-cv-01536-JMR-AJB Young v. Medtronic Inc

## U.S. District Court

## District of Minnesota

Notice of Electronic Filing

The following transaction was received on 5/31/2007 at 2:13 PM CDT and filed on 5/31/2007
**Case Name:**         Young v. Medtronic Inc
**Case Number:**       0:06-cv-1536
**Filer:**
**Document Number:** 7

**Docket Text:**
LETTER from Clerk's Office sending order of remand to US District CourtJohn Paul Hammerschmidt Federal Building 35 East Mountain Street, Suite 510 Fayatteville, Arkansas 72701-5354. (kt)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=5/31/2007] [FileNumber=1422526-0
] [714141aa32545623ec01be1553a211ecee480fdb19d787329b126ae84fb96483b25
a03f3afebacb764d2b9e39dec8a51b19bd1f97bf3af5d25ba083336087413]]

**0:06-cv-1536 Notice will be electronically mailed to:**

Timothy L Brooks    tbrooks@taylorlawpartners.com

**0:06-cv-1536 Notice will be delivered by other means to:**

Jeffery N Luthi
Room G-255 N Lobby
Clerk of the Panel
Thurgood Marshall Federal Judiciary Bldg
One Columbus Circle NE
Washington, DC 20002-8004