IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBIN YOUNG, as Administratrix of
the estate of DON R. YOUNG, Deceased                           PLAINTIFF

      v.        Civil No. 06-5044

MEDTRONIC, INC.                                                DEFENDANT

### O R D E R

Now on this 19th day of June, 2007, comes on for consideration the plaintiff's **Motion for Administrative Termination** (document #7), and the Court, being well and sufficiently advised, finds that said motion should be, and it hereby is, **granted.** This action is hereby **ADMINISTRATIVELY TERMINATED.**

IT IS SO ORDERED.

                                          /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE